**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ALIESKY MARTINEZ CONTRERAS,<br><br>Petitioner,<br><br>v.<br><br>SLEEPING INSTALLATION OF DIAMOND BACK CORR., et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-574-J |

**ORDER**

Petitioner Aliesky Martinez Contreras, a Cuban citizen, is currently in the custody of Immigration and Customs Enforcement. He filed a Petition for Writ of Habeas Corpus challenging the detention, [Doc. No. 1], and the matter was referred to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). Respondents moved for dismissal on grounds that the Petition was conclusory [Doc. No. 9] and on review Judge Mitchell issued a Report and Recommendation recommending that the Court dismiss the Petition without prejudice on that basis. [Doc. No. 11]. Petitioner objected; however, rather than challenge Judge Mitchell's conclusion, he attempted to supply the missing facts and raise the appropriate claims. *See* [Doc. No. 12]. This is improper. *See Loveless v. Sifers*, No. CIV-24-00696-JD, 2024 WL 4024761, at *2, n. 4 (W.D. Okla. Sept. 3, 2024) ("Loveless cannot amend his pleading through his objection to the Report and Recommendation. He must file an amended complaint on the proper form and in compliance with the rules.").

Accordingly, Judge Mitchell's Report and Recommendation [Doc. No. 11] is ADOPTED IN PART to the extent it recommends that the Court grant Respondents' motion to dismiss, and that motion to dismiss [Doc. No. 9] is GRANTED. However, because he is

pro se, the Court gives Petitioner until September 10, 2026 to file an Amended Petition setting forth the relevant facts and raising the appropriate claims. If Petitioner does not amend by that date, the Court will dismiss the case and enter judgment.

IT IS SO ORDERED this 20th day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE